AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____FOR THE_____ District of _____PUERTO RICO_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

ADALBERTO NAVARRO-CIRINO

Case Number: **01-CR-085 (02) (SEC)**
USM Number: 21053-069

AFPD, HECTOR RAMOS
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Standard 2, 3, 7 and Special Cond.   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Cond. No. 2 | Failure to report to USPO and submit truthfull and complete written report withing the first five days of each months. | 9/7/06; 10/18/06; 12/1/06; 12/27/06 |
| Standard Cond. No. 3 | Failure to answer truthfully all inquires by the USPO and follow the instructions. | 9/7/06; 10/18/06; 12/1/06; 12/21/06; 12/27/06 |
| Standard Cond. No. 7 | Failure to refrain excessive use of alcohol and to not purchase, posses, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribe by a physician. | 10/25/06; 11/28/06 |
| Special Cond. No. 1 | Failure to participate in a substance abuse program arranged by USPO. | 12/8/06 |
| Special Cond. | Defendant enter near the Playita Sector, San Juan, P.R. | 1/4/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

JANUARY 26, 2007
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

JANUARY 26, 2007
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | ADALBERTO NAVARRO-CIRINO | |
| CASE NUMBER: | 01-CR-085 (02) (SEC) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**NINE (9) MONTHS** . No additional term of supervision will be imposed.

X   The court makes the following recommendations to the Bureau of Prisons:
    **1. That defendant participate in a drug rehabilitation program.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL